ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Aspen Construction Company | ) ASBCA No. 64228 |
| | ) |
| Under Contract No. W91237-20-C-0007 | ) |

APPEARANCES FOR THE APPELLANT:       Jonathan R. Mayo, Esq.
                                      Hunter C. Reynolds, Esq.
                                        Smith Currie Oles LLP
                                        Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      Brett R. Howard, Esq.
                                        Engineer Trial Attorney
                                        U.S. Army Engineer District, Middle East
                                        Winchester, VA

                                      Jacob P. Cross, Esq.
                                      Nathan P. Austrian, Esq.
                                      Bonnie B. Jagoditz, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Huntington
                                        Huntington, WV

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 16, 2025

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64228, Appeal of Aspen Construction Company, rendered in conformance with the Board's Charter.

Dated:  September 16, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals